**Dated: March 16, 2016**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

IN RE:                                                                                                 Case No. 15-30975-DSK-13

Sylvia Jean Gloster
4335 Hunters Glen St.
Memphis, TN 38128
SSN / ITIN: xxx-xx-4206

Debtor

CONSENT ORDER RESOLVING
OCWEN'S OBJECTION TO CONFIRMATION

IT APPEARING to the Court that based upon the signatures of Counsels for Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM, hereinafter 'Ocwen", the Debtors, and George W. Stevenson, Chapter 13 Trustee, the parties have agreed and the following is hereby ORDERED:

> 1. Ocwen shall be allowed to file a Proof of Claim for pre-petition arrearage in the approximate amount of $4,554.59 through the month of November 2015, which shall be paid inside the Plan with a monthly payment to be determined by the Trustee.

2. The Chapter 13 Trustee shall make the continuing mortgage payment of $395.98 to Ocwen commencing with installment due December 1, 2015.

3. The address for payments to Ocwen is:

   Ocwen Loan Servicing, LLC
   ATTN: Cashiering Department
   1661 Worthington Road, Suite 100
   West Palm Beach FL 33409

All other provisions of the Confirmation Order shall remain as entered.

APPROVED FOR ENTRY:

*/s/ John Roan*
John Roan, Bar No. 26553
Jason S. Mangrum, Bar No. 18098
Attorneys for Ocwen
Mackie Wolf Zientz & Mann, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
(615) 238-3630
(615) 777-4517 fax
jroan@mwzmlaw.com
jmangrum@mwzmlaw.com


*/s/ Jimmy McElroy*
Jimmy E. McElroy
3780 S. Mendenhall
Memphis, TN 38115
(901) 363-7283
Email: jimmy_3780@hotmail.com


/s/ George W. Stevenson

George W. Stevenson
Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697
(901) 821-2400

cc: Debtors