IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

IN RE: SYLVIA JEAN GLOSTER, Debtor         NO.         15-30975 K/S
                                                        Chapter 13

## RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY

Comes now ANSON STREET LLC, a secured creditor, (hereinafter "Respondent"), by and through its attorney, Joshua I. Goldman, Mickel Law Firm, P.A., and for its Response to Debtor's Motion to Sell Real Property, states:

1. Respondent is the servicer of the Note and Mortgage on the real property located at 4335 Hunters Glen Street, Memphis, TN 38128 (Proof of Claim 3-1).

2. Respondent has no objection to the sale of the property as long as any order granting the motion provides that the mortgage is paid in full from the proceeds of the sale.

3. Upon request, Respondent will provide a copy of its payoff on the mortgage loan in order to have accurate closing proceeds remitted to Respondent.

WHEREFORE, Respondent prays for an Order of this Court requiring that the debt to ANSON STREET LLC be either paid in full from the proceeds of the sale, or a short sale agreement be reached between the parties, and for any and all other proper relief.

Respectfully submitted,

MICKEL LAW FIRM, P.A.
Mickel Law Firm, P.A.
222 2nd Avenue South, Suite 1700
Nashville, TN 37201
Phone:  615-514-0138
Fax:    501-664-0631
E-mail: J.Goldman@Mickellaw.com

By:   /s/ "Joshua I. Goldman"
JOSHUA I. GOLDMAN
Tennessee. Bar No. 035733
Attorney for Respondent

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, hereby certify that a true and correct copy of the foregoing Response has been served upon the following parties in interest either via pre-paid regular U.S. Mail, or via electronic notification on the same day it was filed with the court:

**Debtor's Attorney**

Jimmy E. McElroy
Attorney at Law
3780 S. Mendenhall
Memphis, TN 38115

**Office of the Chapter 13 Trustee**

George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119

/s/ "Joshua I. Goldman"
JOSHUA I. GOLDMAN
Attorney for Respondent