**Dated: October 15, 2018**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

IN RE: SYLVIA JEAN GLOSTER, Debtor        NO.        15-30975
                                                    Chapter 13

                                          Judge David S. Kennedy

### AGREED ORDER RESOLVING CREDITOR'S RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY

IT APPEARING to the Court that based upon the signatures of Counsels for ANSON STREET LLC (hereinafter "Creditor"), Debtor and George W. Stevenson, Chapter 13 Trustee, the parties have agreed, and the following is hereby ORDERED:

1. Debtor filed a Chapter 13 Bankruptcy on November 17, 2015.

2. Creditor filed a Proof of Claim on December 23, 2015, Claim No. 3-1.

3. Debtor filed the underlying Motion to Sell Real Property on August 28, 2018.

4. Creditor filed its Response to the Motion to Sell Real Property on September 17, 2018.

5. Subsequent to the filing of the Response, counsel for Debtor sent Creditor's counsel a

copy of an Agreed Order dated July 21, 2016, which stated that Creditor's Deed of Trust shall be treated as unsecured.

6. As such, Creditor's Response to the Motion to Sell Real Property is stricken given this issue was already resolved in the July 21, 2016 Agreed Order.

**IT IS SO ORDERED.**

APPROVED FOR ENTRY:

By: /s/ Joshua I. Goldman
Joshua I. Goldman
Bar No. 035733
MICKEL LAW FIRM, P.A.
222 2nd Avenue South
Suite 1700
Nashville, TN 37201
PH: (615) 514-0138
FX: (501) 664-0631
j.goldman@mickellaw.com
Attorney for ANSON STREET LLC

By: /s/ Jimmy E. McElroy (w/ permission)
Jimmy E. McElroy
3780 S. Mendenhall
Memphis, TN 38115

By: /s/ George W. Stevenson
George W. Stevenson
Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN 38119

## **CERTIFICATE OF SERVICE**

I, Joshua I. Goldman, hereby certify that a true and correct copy of the foregoing has been served upon the following parties in interest either via pre-paid regular U.S. Mail, or via electronic notification:

**Debtor's Attorney**

Jimmy E. McElroy
Attorney at Law
3780 S. Mendenhall
Memphis, TN 38115

**Office of the Chapter 13 Trustee**

George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119

**Debtor**

Sylvia Jean Gloster
2642 West Barbara Circle #1
Memphis, TN 38128-6090

**U.S. Trustee**

Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

/s/ "Joshua I. Goldman"
JOSHUA I. GOLDMAN
ATTORNEY FOR ANSON STREET LLC