**Dated: November 07, 2018**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

IN RE:

SYLVIA JEAN GLOSTER,                         CHAPTER 13
                                             CASE NO. 15-30975-K
DEBTOR.
_____

**ORDER GRANTING MOTION FOR PERMISSION TO SELL REAL ESTATE,
CEASE PAYMENTS TO CREDITOR AND REDUCE PAYMENTS**
_____

This cause came before the Court upon a motion by Debtor to sell real estate located at 4335 Hunters Glenn E., Memphis, TN 38128, financed through Ocwen Loan Servicing, to cease the payments to said creditor, and reduce the plan payments because property has become a burden to the estate. The debtor has a contract on the property with the sales price listed as $45,000.00. Said property is not being sold to an insider. It appeared that after notice to all interested parties and opportunity for hearing, there was no objection to same, and the Court finds as follows:

1. Debtor is hereby given permission to sell real estate located at 4335 Hunters Glenn E., Memphis, TN 38128.

2. All proceeds remaining after payment of perfected liens on said property, real estate commissions, property taxes, closing attorney fees, and customary closing costs and exceeding any applicable claimed homestead

exemption, in the amount of $5,000.00, shall be paid to the Chapter 13 Trustee, Mr. George Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, TN 38119-3699, for the benefit of general unsecured creditors.

3. The Chapter 13 Trustee is directed to modify the plan to comply with this order.

SO ORDERED.


APPROVED:

/s/ Jimmy E. McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, TN 38115

/s/ George W. Stevenson
_____
Chapter 13 Trustee

Service List:
Debtor(s)
Debtor(s) Attorney
Case Trustee
All Entities on Matrix